UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION

Case No. 2:18-md-2846

CHIEF JUDGE EDMUND A. SARGUS
Magistrate Judge Kimberly A. Jolson

This document relates to:
ALL ACTIONS.

## CASE MANAGEMENT ORDER NO. 2-A

*Nunc Pro Tunc* Order in Reference to Case Management Order No. 2

On September 7, 2018, the Court issued a Case Management Order that contained a scrivener's error. (ECF No. 11). The title of the Case Management Order read:

**CASE MANAGEMENT ORDER NO. 1 Providing for Direct Filing of Cases in MDL No. 2846.**

The title of the Case Management Order should have read as follows:

**CASE MANAGEMENT ORDER NO. 2 Providing for Direct Filing of Cases in MDL No. 2846.**

The Court **DIRECTS** the Clerk to correct the scrivener's error forthwith.

IT IS SO ORDERED.

9-10-2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE