UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION

Case No. 2:18-md-2846

CHIEF JUDGE EDMUND A. SARGUS
Magistrate Judge Kimberly A. Jolson

This document relates to:
ALL ACTIONS.

## CASE MANAGEMENT ORDER NO. 2-B

### Amendment to Procedures for Direct Filing and *Pro Hac Vice* Admission

This matter is before the Court for clarification of direct filing and *pro hac vice* procedures in MDL No. 2846. The Court previously addressed these procedures in Case Management Order No. 2 (ECF No. 11). This Court **ORDERS** that the following provisions shall apply henceforth.

A. **Direct Filing**

Counsel is **DIRECTED** to file each new case individually, in accordance with the standard filing procedures of this Court. Accordingly, each new case will be given its own unique "CV" number for purposes of future identification. When filing a new case, Counsel is **DIRECTED** to follow all online prompts and indicate that the case is related to MDL No. 2846. Counsel will be prompted to pay the required filing fee at the time of filing the complaint.

Any questions regarding the filing process should be directed to Eduardo Rivera at 614-719-3015, or by email at Eduardo_rivera@ohsd.uscourts.gov.

**B.**     *Pro Hac Vice*

In cases filed in this Court because of their MDL status, only Counsel who actively practice before this Court in *Bellwether trials*, discovery, motion practice, or other appearances are required to pay the requisite fee to appear *pro hac vice*. Actively participating Counsel are not required to file a motion to appear *pro hac vice*. Rather, they are **DIRECTED** to remit the requisite fee to the Clerk's Office via check. The check must cite the case number of the first case the attorney filed in this MDL. The check may be addressed to:

Office of the Clerk
Joseph P. Kinneary U.S. Courthouse
Room 121
85 Marconi Boulevard
Columbus, Ohio 43215

**IT IS SO ORDERED.**

11-20-2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE

11/20/2018
DATE

KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE