Anoush Hakimi (State Bar No. 228858)
anoush@handslawgroup.com
Peter Shahriari (State Bar No. 237074)
peter@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
7080 Hollywood Blvd., Suite 804
Los Angeles, California 90028
Telephone: (323) 672 – 8281
Facsimile: (213) 402 – 2170

Attorneys for Plaintiff
Victoria Rose Manheim

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF OHIO

## EASTERN DIVISION

| | |
|---|---|
| **IN RE: DAVIK, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**<br><br>**This document relates to:**<br>**VICTORIA ROSE MANHEIM** | **Case No.: 2:18-MD-2846**<br><br>**CHIEF JUDGE EDMUND A SARGUS, JR.**<br>**Magistrate Judge Kimberly A. Jolson** |

## SHORT FORM COMPLAINT

     Plaintiff files this Short Form Complaint pursuant to Case Management Order No. 9 and is to be bound by the rights, protections, and privileges and obligations of that Order. Plaintiff hereby incorporates the Master Complaint in MDL No. 2846 by reference. Plaintiff further shows the Court as follows:

1.    The name of the person implanted with Defendants' Hernia Mesh Device(s):

    Victoria Rose Manheim

SHORT FORM COMPLAINT - 1

2. The name of any Consortium Plaintiff (if applicable):

 N/A

3. Other Plaintiff(s) and Capacity (i.e., administrator, executor, guardian, conservator):

 N/A

4. State of Residence:

 California

5. District Court and Division in which action would have been filed absent direct filing:

 Central District of California, Western Division

6. Defendants (Check Defendants against whom Complaint is made):

 ☒ A. Davol, Inc.

 ☒ B. C.R. Bard, Inc.

 ☐ C. Other (please list: _____ )

7. Identify which of Defendants' Hernia Mesh Device(s) was/were implanted (Check device(s) implanted):

 ☐ 3DMax Mesh

 ☐ 3DMax Light Mesh

 ☐ Bard (Marlex) Mesh Dart

 ☐ Bard Mesh

 ☐ Bard *Soft* Mesh

 ☐ Composix

 ☐ Composix E/X

SHORT FORM COMPLAINT - 2

☐ Composix Kugel Hernia Patch

☒ Composix L/P

☐ Kugel Hernia Patch

☐ Marlex

☐ Modified Kugel Hernia Patch

☐ Perfix Light Plug

☐ PerFix Plug

☐ Sepramesh IP

☐ Sperma-Tex

☐ Ventralex Hernia Patch

☐ Ventralex ST Patch

☐ Ventralex ST

☐ Ventrio Patch

☐ Ventrio ST

☐ Visilex

☐ Other (please list in space provided below):

8. Defendants' Hernia Mesh Device(s) about which Plaintiff is making a claim (Check applicable device(s)):

☐ 3DMax Mesh

SHORT FORM COMPLAINT - 3

☐ 3DMax Light Mesh

☐ Bard (Marlex) Mesh Dart

☐ Bard Mesh

☐ Bard *Soft* Mesh

☐ Composix

☐ Composix E/X

☐ Composix Kugel Hernia Patch

☒ Composix L/P

☐ Kugel Hernia Patch

☐ Marlex

☐ Modified Kugel Hernia Patch

☐ Perfix Light Plug

☐ PerFix Plug

☐ Sepramesh IP

☐ Sperma-Tex

☐ Ventralex Hernia Patch

☐ Ventralex ST Patch

☐ Ventralex ST

☐ Ventrio Patch

☐ Ventrio ST

SHORT FORM COMPLAINT - 4

☐ Visilex

☐ Other (please list in space provided below):

9. Date of implantation and state of implantation: <u>May 27, 2015; California</u>

10. As of the date of filing this Short Form Complaint, has the person implanted with Defendants' Hernia Mesh Device(s) had subsequent surgical intervention due to the Hernia Mesh Device(s)?:   Yes <u>  X  </u>   No<u>       </u>

11. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other:

12. Counts in the Master Complaint adopted by Plaintiff(s):

☒ Count I – Strict Product Liability – Defective Design

☒ Count II – Strict Product Liability – Failure to Warn

☒ Count III – Strict Product Liability – Manufacturing Defect

☒ Count IV – Negligence

☒ Count V – Negligence Per Se

☒ Count VI – Gross Negligence

☒ Count VII – State Consumer Protection Laws (Please identify applicable State Consumer Protection law(s)):

<u>California Business and Professions Code § 17200 et seq.</u>

SHORT FORM COMPLAINT - 5

☒ Count VIII – Breach of Implied Warranty

☒ Count IX – Breach of Express Warranty

☒ Count X – Negligent Infliction of Emotional Distress

☒ Count XI – Intentional Infliction of Emotional Distress

☒ Count XII – Negligent Misrepresentation

☒ Count XIII – Fraud and Fraudulent Misrepresentation

☒ Count XIV – Fraudulent Concealment

☒ Count XV – Wrongful Death

☒ Count XVI – Loss of Consortium

☒ Count XVII – Punitive Damages

☐ Other Count(s) (please identify and state factual and legal bases for other claims not included in the Master Complaint below):

N/A

☒ Jury Trial is Demanded as to All Counts

☐ Jury Trial is NOT Demanded as to All Counts; if Jury Trial is Demanded as to Any Count(s), identify which one (list below):

SHORT FORM COMPLAINT - 6

December 5, 2018        s/Anoush Hakimi
                        Anoush Hakimi, Esq. (Cal. Bar No. 228858)
                        Trial Attorney for Plaintiff
                        The Law Office of Hakimi & Shahriari
                        7080 Hollywood Blvd., Suite 804
                        Los Angeles, California 90028
                        Telephone: (323) 672 – 8281
                        Facsimile: (213) 402 – 2170
                        anoush@handslawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: all counsel of record, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: none.

 s/Anoush Hakimi
Anoush Hakimi, Esq. (Cal. Bar No. 228858)
Trial Attorney for Plaintiff
The Law Office of Hakimi & Shahriari
7080 Hollywood Blvd., Suite 804
Los Angeles, California 90028
Telephone: (323) 672 – 8281
Facsimile: (213) 402 – 2170
anoush@handslawgroup.com