UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION

Case No. 2:18-md-2846

Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

This document relates to:
ALL CASES.

## PRETRIAL ORDER NO. 6

### January 22, 2019 Status Conference

On January 22, 2019, the Court held an in-person status conference with counsel for the Plaintiffs' Steering Committee (the "PSC") and counsel for Defendants. This Pretrial Order memorializes the conference as follows:

**Case Filings Update:** The parties provided the Court with an update regarding filings.

**Motion to Compel Production of Foreign Regulatory Documents:** The Court noted that it received the parties' briefs and a decision is forthcoming.

**Rule 30(b)(6) Depositions:** Counsel provided the Court with an update regarding their meet and conferral process.

**Privilege Log Update:** The Court conferred with counsel regarding its proposed Privilege Log Case Management Order. The Court indicated that the parties must abide by all federal and local rules; however, they may stipulate to additional requirements if they choose. Defendants are **ORDERED** to produce the final privilege log from MDL 1842 on or before February 1, 2019. The PSC is **ORDERED** to meet and confer with Defendants on or before February 8, 2019 regarding challenges to the MDL 1842 privilege log.

**Discovery Updates:** The parties provided the Court with an update regarding MDL 2846 rolling productions.

With the consent of counsel, a portion of the conference was conducted off the record. This portion of the conference is memorialized as follows:

**Bates-Labeling:** The PSC raised the issue of Defendants' Bates-labeling deposition transcripts and exhibits from MDL 1842. The parties are **ORDERED** to meet and confer on this issue in the next 14 days.

**Amendment to Case Management Order No. 8:** Defendants requested an amendment to Case Management Order No. 8. The PSC did not object to the proposed amendment. Defendants are **ORDERED** to submit a Word version of the proposed amendment to Chambers.

**Plaintiff Profile Forms:** The parties updated the Court on the status of the Plaintiff profile forms.

**Website Update:** The PSC updated the Court on the status of a third-party website concerning Defendants' products at issue in this litigation. At a prior status conference, the PSC agreed to reach out to the third-party operating the website to assist Defendants in removing potentially misleading information regarding their products. Based on the PSC's update, the Court finds that the PSC has fulfilled its obligations to the Court and Defendants with respect to this matter.

**Scheduling:** The next status conference was originally scheduled for February 20, 2019. Due to a scheduling conflict, the date will be changed, and a Notice will issue forthwith.

IT IS SO ORDERED.

_1-24-2019_
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE

_1/24/2019_
DATE

KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE

2