# UNITED STATES DISTRICT COURT
# THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE: DAVOL, INC./C.R. BARD,     **Case No. 2:18-md-2846**
INC., POLYPROPYLENE HERNIA
MESH PRODUCTS LIABILITY
LITIGATION             **Chief Judge Edmund A. Sargus, Jr.**
                                **Magistrate Judge Kimberly A. Jolson**

This document relates to:
ALL CASES.

## DISCOVERY ORDER NO. 3

### Regarding Defendants' Motion to Compel Plaintiffs' Interrogatories

This matter is before the Court on Defendants' Motion to Compel Plaintiffs' Interrogatories (ECF No. 118); Plaintiffs' Response in Opposition (ECF No. 129); and Defendants' Reply (ECF No. 134). For the reasons stated on the record at the April 17, 2019 Case Management Conference, Defendants' Motion is **DENIED** without prejudice. (ECF No. 118).

**IT IS SO ORDERED.**

4-19-2019
**DATE**

**EDMUND A. SARGUS, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**

4/19/2019
**DATE**

**KIMBERLY A. JOLSON**
**UNITED STATES MAGISTRATE JUDGE**