UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION

Case No. 2:18-md-2846

Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

This document relates to:
ALL CASES.

## ORDER

Based on conversations with counsel, the Court understands that the parties have a dispute regarding a potential Case Management Order on treating physician depositions. The parties are **ORDERED** to submit letter briefs regarding their respective positions to the Court on or before June 3, 2019. The letter briefs shall be no longer than five pages. The Court shall issue a ruling on the issue at the next Case Management Conference.

IT IS SO ORDERED.

Date: 5-20-2019

EDMUND A. SARGUS, JR.
UNITED STATES CHIEF DISTRICT COURT JUDGE

Date: May 20, 2019

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE