UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
ALL CASES.

## DISCOVERY ORDER NO. 7

## ORDER DIRECTING SERVICE BY U.S. MARSHAL

This matter is before the Court on the Plaintiffs' Steering Committee's request for Service of Subpoena by the United States Marshal Service. The Plaintiffs' Steering Committee states that it has hired a private process server to effect service of a subpoena on a former employee of Davol, Inc., but that those efforts have been unsuccessful. The Defendant does not consent to the Plaintiffs' Steering Committee's request, but does not oppose it. Having reviewed the Plaintiffs' Steering Committee's request, and finding good cause shown, the request is hereby **GRANTED**.

Accordingly, the Court hereby **ORDERS** as follows:

1. Pursuant to Federal Rule of Civil Procedure 45, the Court **DIRECTS** the United States Marshal Service to serve personally Robin Marsha Fuller, formerly known as Robin Marsha Drago, last known residence at 180 Pike Avenue, Attleboro, MA 02703, with a subpoena for deposition, which shall specify the date, time, and location where the deposition shall occur.

2. The Plaintiffs' Steering Committee shall provide the United States Marshal Service for the Southern District of Ohio with the subpoena and any further documentation required by the

Marshal to complete service of process and the Marshal shall coordinate Marshal service in the United States District Court for the District of Massachusetts.

3. The United States Marshal Service shall provide the Court and Parties with proof of service as soon as practicable after service of the subpoena has been perfected.

4. The Plaintiffs' Steering Committee will be responsible for the reasonable fees and costs of the United States Marshal Service incurred to effectuate service of process.

**IT IS SO ORDERED.**

_10-28-19_
DATE

EDMUND A. SARGUS, JR.
**UNITED STATES DISTRICT JUDGE**