## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION

Case No. 2:18-md-2846

**CHIEF JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
AIMEE VOSKUHL

Civil Action No.  2:19-cv-00902-EAS-KAJ

## NOTICE OF VOLUNATRY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(/A)(ii), Plaintiff, AIMEE VASKUHL, and her counsel of record, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against defendants, Davol, Inc, and C. R. Bard, Inc.

Dated: November 6, 2019

s/ *Darryl B. Kogan*
Darryl B. Kogan, Esquire
**KOGAN & DiSALVO, P.A.**
3615 West Boynton Beach Blvd.
Boynton Beach, FL 33436
Phone:  (561) 375-9500
Fax:  (561) 374-7898
dbkogan1@koganinjurylaw.com
Florida Bar No.: #380180
*Attorney for Plaintiff*

Voskuhl v. Davol, Inc., et al.
Notice of Voluntary Dismissal Without Prejudice

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2019, I electronically filed the foregoing Notice of Voluntary Dismissal Without Prejudice with the Clerk of the Court using the CM./ECF System for filing which will send notification of such filing to all counsel of record.

By: */s/ Darryl B. Kogan, Esq.*
     Darryl B. Kogan