UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC. / C.R. BARD, INC. POLYPROPOLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2:18-md-2846<br><br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Kimberly A. Jolson |

**This document relates to:**
**ALL ACTIONS**

## PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR LEAVE TO FILE UNDER SEAL ITS FORTHCOMING MOTION TO ENFORCE SUBPOENAS AND COMPEL THE PRODUCTION OF DOCUMENTS

Pursuant to Local Rule 5.2.1(a) and the Protective Order entered by the Court in this matter (ECF No. 48), the Plaintiffs' Steering Committee ("PSC") respectfully moves this Court to allow the PSC to file its forthcoming motion to enforce subpoenas served upon American Hernia Society, Inc. d/b/a Americas Hernia Society ("AHS") and the Americas Hernia Society Quality Collaborative Foundation ("AHSQCF") (collectively "Respondents") and to compel Respondents to produce the documents specifically outlined in the accompanying motion under seal, including the associated exhibits. For the reasons set forth below, this Court should grant the PSC's motion.

On September 3, 2019, the PSC served a subpoena duces tecum to Respondents. ECF No. 212. On October 11, 2019, Respondents served the PSC with objections to the requests for documents. The PSC and Respondents met and conferred to resolve disputes regarding the production of documents. All the issues could not be resolved. The issues are now ripe for the Court's consideration.

At the last status conference on November 14, 2019, the parties discussed the forthcoming non-party Motion to Enforce Subpoenas and Compel the Production of Documents to Respondents. After a short discussion on the substantive issues concerning the forthcoming

1

motion, the Court directed the PSC to submit its motion on the docket and indicated it would either set a briefing schedule or, alternatively, set a telephonic conference with all Counsel so the issues could be resolved without wasting too much time and resources. ECF No. 271, 42:23-43:2

Since this status conference during the PSC's work on this issue, it has become apparent to the PSC that it will need to use documents and deposition testimony that has been designated "Confidential" and "Highly Confidential" in support of its forthcoming motion to Enforce Subpoenas and Compel the Production to Documents to Respondents. The PSC is required to file documents that have been designated "Confidential" and "Highly Confidential" under seal pursuant to Article VIII., Paragraph 23 of the Protective Order. Furthermore, during the Meet and Confer process concerning the subpoenaed documents, Respondents notified the PSC that they are withholding certain documents to the extent the subpoena seeks information protected from public disclosure because they involve trade secrets, among other asserted protections and privileges. The PSC is unable to assess the validity of Respondents' objections and designations concerning their documents that would justify such assertions, which would potentially support a proper request to file under seal.  Therefore, in an abundance of caution, the PSC seeks to file its forthcoming motion under seal to bring Respondents under the protections provided in the Protective Order.

Contemporaneous with this filing, the PSC will submit a copy of its Motion with exhibits *in camera*, and serve a copy on Defense Counsel.  The PSC also requests that the Court direct the PSC on how it should provide a copy of the motion and exhibits – containing "Confidential" and "Highly Confidential" material – to Respondents so that Respondents can respond.  The Court may then consider the best course of action having the benefit of the proposed motion and direct the Parties and Respondents accordingly.  See, ECF No. 271, 42:23-43-2 (MAGISTRATE JUDGE JOLSON: "Right.  So, Mr. O'Brien, go ahead and get your motion on the docket, and then I will

put on a briefing schedule. Or, alternatively, I might set a telephonic status conference with counsel so that we can maybe just resolve it without wasting too much time and resources.").

For all the reasons described above, the PSC respectfully requests that the Court grant its *Motion for Leave to File Under Seal its Forthcoming Motion to Enforce Subpoenas and Compel the Production of Documents*, and to set a briefing schedule, or, alternatively, to set a telephonic conference with all Counsel to resolve the issues outlined in the forthcoming motion.

Dated:  December 20, 2019.                                    Respectfully submitted,


/s/ David J. Butler
*Plaintiffs' Liaison Counsel*
David J. Butler (0068455)
Taft Stettinius & Hollister LLP
65 East State Street, Suite 1000
Columbus, OH 43215-4213
Tel: (614) 221-2838
Fax: (614) 221-2007
Email: dbutler@taftlaw.com

Timothy M. O'Brien
*Plaintiffs' Co-Lead Counsel*
Florida Bar No. 055565
Levin, Papantonio, Thomas, Mitchell
Rafferty & Proctor, P.A.
316 South Baylen St., Ste. 600
Pensacola, FL 32502
Tel: (850) 435-7084
Fax: (850) 436-6084
Email: tobrien@levinlaw.com

Kelsey L. Stokes
*Plaintiffs' Co-Lead Counsel*
Texas Bar No. 24083912
**FLEMING, NOLEN & JEZ, L.L.P.**
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056-6109
Tel: (713) 621-7944
Fax: (713) 621-9638
Email: kelsey_stokes@fleming-law.com

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2019, I served the foregoing via the CM/ECF system and electronic mail on the following counsel:

Michael K. Brown
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Phone: (213) 457-8000
Fax: (213) 457-8080
mbrown@reedsmith.com

Eric Alexander
Reed Smith LLP
1301 K Street, N.W.
Washington, DC  20005-3317
Phone: (202) 414 9200
Fax: (202) 414-9299
ealexander@reedsmith.com

Lori G. Cohen
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road, NE, Suite 2500
Atlanta, GA 30305
Phone: (678) 553-2100
Fax: (678) 553-2212
cohenl@gtlaw.com

William D. Kloss, Jr.
Henrique A. Geigel
Arryn K. Miner
Vorys Sater Seymour and Pease
52 East Gay Street
Columbus, OH 43215
(614) 464-6202
wdklossjr@vorys.com

/s/     David J. Butler
*Plaintiffs' Liaison Counsel*