**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**IN RE: DAVOL, INC./ C.R. BARD, INC. POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

<u>**NOTICE**</u>

Case No. 2:18-md-2846
**JUDGE EDMUND A SARGUS, JR.**
**Magistrate Judge Kimberly A. Jolson**

**This notice relates to: <u>ALL CASES</u>.**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:  United States District Court  **Judge Sargus' Chambers**
Joseph P. Kinneary U.S. Courthouse  3rd Floor, Jury Room
85 Marconi Boulevard  **January 13, 2020 at 9:00 a.m.**
Columbus, Ohio 43215

TYPE OF PROCEEDING: **<u>IN-PERSON STATUS CONFERENCE</u>**

**\*\*The In-Person Status Conference scheduled for 1/10/2020 at 9:30 a.m. to discuss selection of Bellwether Trial Cases has been VACATED.  A regular case management conference will be held on 1/13/2020 at 9:00 a.m.**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**

DATE:   January 2, 2020

  /s /   Christin M. Werner
(By) Christin M. Werner, Deputy Clerk