UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION** | Case No. 2:18-md-2846<br><br>**JUDGE EDMUND A. SARGUS, JR.**<br>**Magistrate Judge Kimberly A. Jolson** |
| **This document relates to:**<br>*Johns v. CR Bard et al*,<br>**Case No. 2:18-cv-01509** | |

# ORDER

## August 27, 2020 Conference on Motions *in Limine*

This matter came before the Court for status conference on August 27, 2020. Upon consideration of the parties' briefs and their arguments presented, the Court in accordance with the conclusions made on the record at the hearing **GRANTED, DENIED, GRANTED IN PART AND DENIED IN PART** the following motions: Plaintiff's Motions *in Limine* Nos. 1 (ECF No. 235), 6 (ECF No. 236), 10 (ECF No. 241) 19 (ECF No. 240), 13 (ECF No. 229), and Defendants' Motions *in Limine* Nos. 19 (ECF No. 223) and 16 (ECF No. 219).

Plaintiff is **ORDERED** to submit by close of business on Monday, August 31, 2020 the information requested by the Court regarding Americas Hernia Society Quality Collaborative Foundation's ("ASHQCF") Motion *in Limine* (ECF No. 180). Plaintiff shall submit this information to the Court and counsel for AHSQCF by email, and only share the submission with the individuals identified by the PSC and Defendants pursuant to PTO 13 as authorized to view the AHSQCF reports. The Court will then docket Plaintiff's submission under seal.

Bard and AHSQCF are **ORDERED** to respond to that submission by Thursday, September 3, 2020. The Court will rule on AHSQCF's motion, in conjunction with Plaintiff's

Motion *in Limine No*. 7, at the September 10, 2020 conference.

Bard is **ORDERED** to file supplemental briefing by Monday, August 31, 2020 regarding the evidence it wishes to present regarding part 13 of Plaintiff's Motion *in Limine* No. 1. Plaintiff is **ORDERED** to respond to that submission by Thursday, September 3, 2020. The Court will run on the motion at a later date.

    **IT IS SO ORDERED.**


| | |
|---|---|
| <u>**8/31/2020**</u> | <u>*s*/**Edmunds A. Sargus, Jr.**</u> |
| **DATE** | **EDMUND A. SARGUS, JR.** |
| | **UNITED STATES DISTRICT JUDGE** |