**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2:18-md-2846<br><br>**JUDGE EDMUND A. SARGUS, JR.**<br>Magistrate Judge Kimberly A. Jolson |
| **This document relates to:**<br>**HELMICK, RICHARD** | Civil Action No. 2:20-cv-03186 |

**STIPULATION OF DISMISSAL**

COMES NOW Plaintiff, Richard Helmick, and Defendants, Davol Inc. and C. R. Bard, Inc., through their respective counsel of record and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree that the above-captioned action, Case No. 2:20-cv-03186, is voluntarily dismissed without prejudice. The parties agree that any re-filing of the case must be in this MDL, 2:18-md-2846. The parties further agree that the statute of limitations applicable to the claims asserted by Plaintiff in the present action shall not be tolled during the pendency of this action or from the time from dismissal until re-filing. Each side will bear its own costs.

Date:  October 20, 2020                                       Respectfully submitted,

| | |
|---|---|
| */s/ Eric Alexander*<br>Eric Alexander, Esq.<br>Reed Smith LLP<br>1301 K Street NW<br>East Tower Ste. 1000<br>Washington, DC 20005<br>Phone: 202-414-9200<br>Fax: 202-414-9299<br>Email: ealexander@reedsmith.com<br><br>*Counsel for Defendants Davol, Inc. and C.R. Bard, Inc.* | */s/ Jeff T. Seldomridge*<br>Jeff T. Seldomridge Esq.<br>THE MILLER FIRM, LLC<br>The Sherman Building<br>108 Railroad Avenue<br>Orange, VA 22960<br>Phone: (866) 529-3323<br>Fax: (540) 672-3055<br>E-mail: jseldomridge@millerfirmllc.com<br><br>*Counsel for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/   *Jeff Seldomridge*