# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH DEVICES LIABILITY LITIGATION

Case No. 2:18-md-2846

JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**

*Milanesi et al. v. C.R. Bard*, *et al.*
Case No. 2:18-cv-01320

## CASE MANAGEMENT ORDER NO. 28-B
(Dispositive and *Daubert* Motion Schedule for *Milanesi*)

On January 24, 2020, the Court selected *Milanesi et al. v. C.R. Bard et al.*, Case No. 2:18-cv-01320 as the second Bellwether Trial Case that will be tried in this multidistrict litigation ("MDL"). Due to the impact of the coronavirus (COVID-19) outbreak, it is anticipated that this trial will be scheduled for a date in late Summer 2021.

This amended CMO sets forth the dispositive motion schedule for the second bellwether trial. A case management order setting forth the pre-trial and trial schedule for the second bellwether case will be forthcoming.

This Order supersedes the deadlines in CMO No. 20-A as to *Milanesi* as well as CMO Nos. 28 and 28-A as set forth below.

The moving party shall indicate in any summary judgment or *Daubert* motion whether the Court ruled on the issue previously and, if so, whether it is moving to preserve the issue for appeal or whether it is seeking a different ruling because of new or different circumstances, a change in controlling law, or other good cause.

1

A. **DISPOSITIVE MOTIONS**

The following deadlines will apply to motions for summary judgment in *Milanesi*:

| Date | Event |
| --- | --- |
| January 22, 2021 | Dispositive motions to be filed. |
| February 19, 2021 | Opposition papers to dispositive motions to be filed. |
| March 5, 2021 | Reply papers to dispositive motions to be filed. |

B. ***DAUBERT* MOTIONS**

The following deadlines will apply to any motion seeking to exclude or limit an expert's opinions:

| Date | Event |
| --- | --- |
| January 29, 2021 | Deadline for filing of any *Daubert* or other motions concerning any expert (hereafter "expert motions"). |
| February 22, 2021 | Opposition papers to expert motions to be filed. |
| March 4, 2021 | Reply papers to expert motions to be filed. |

**IT IS SO ORDERED.**

**12/30/2020**             *s*/Edmund A. Sargus, Jr.
**DATE**             EDMUND A. SARGUS, JR.
           UNITED STATES DISTRICT JUDGE

**12/30/2020**             *s*/Kimberly A. Jolson
**DATE**             KIMBERLY A. JOLSON
           UNITED STATES MAGISTRATE JUDGE