**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**IN RE: DAVOL, INC./ C.R. BARD,**
**INC. POLYPROPYLENE HERNIA**
**MESH PRODUCTS LIABILITY**
**LITIGATION**

**NOTICE**

| | |
|---|---|
| **This document relates to:** | **Case No. 2:18-md-2846** |
| *Johns v. CR Bard, et al.* | **JUDGE EDMUND A SARGUS, JR.** |
| **Case No. 2:18-cv-1509** | **Magistrate Judge Kimberly A. Jolson** |

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:  United States District Court
        Joseph P. Kinneary U.S. Courthouse    GoToMeeting Video Conference
        85 Marconi Boulevard                  **February 2, 2021 at 1:30 p.m. EST.**
        Columbus, Ohio 43215

TYPE OF PROCEEDING: **Regular Case Management Conference and Oral Argument**
(Invitation information for the GoToMeeting Video Conference will be supplied to the PSC, Defendants and AHSQCF prior to the hearing.)

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**

DATE:  January 5, 2021

  /s /   Christin M. Werner
(By) Christin M. Werner, Deputy Clerk