FILED
RICHARD W. NAGEL
CLERK OF COURT

January 13, 2021 10:05A

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2:18-md-2846<br><br>**JUDGE EDMUND A. SARGUS, JR.**<br>**Magistrate Judge Kimberly A. Jolson** |

**This document relates to:**
*Johns v. CR Bard et al*,
**Case No. 2:18-cv-01509**

# ORDER

This matter is before the Court on the Plaintiffs' Steering Committee ("PSC") Motion to Temporarily Seal Plaintiff's Motion to Compel Red Oak Sales to Produce a Conpletely Unredacted Document (ECF No. 396), which was filed pursuant to Case Management Order ("CMO") 26-A (ECF No. 345). The PSC files this motion in the event that its briefing pertains to materials marked "Confidential" or "Highly Confidential" by Defendants pursuant to CMOs 7 and 7-A (No. 18-md-2846, ECF Nos. 48, 190).

CMO 26-A governs the unique situations of a party filing documents claimed by another party as "Confidential" or "Highly Confidential" under CMO 7 and 7-A and balances the need for such confidentiality being preserved with the public's right to access court filings that are used to adjudicate substantive issues in this litigation.

Accordingly, the PSC's Motion to Temporarily Seal (ECF No. 396) is **GRANTED**. The Clerk shall accept filing of Plaintiff's briefing in Case No. 2:18-cv-1509, and the motion shall be sealed for seven days. If the party or third party that produced the "Confidential" or "Highly Confidential" information cited in Plaintiff's Underlying Motion to Compel fails to file a Motion to Seal **within seven days of service**

**of the Motion to Compel**, the Clerk shall promptly remove the documents filed under seal and make it publicly accessible on the docket. If the producing party files a Motion to Seal **within seven days of service of the Motion to Compel**, Plaintiff's Underlying Motion to Compel will remain under seal until the Court rules on the Motion to Seal. The parties must separately move to seal pursuant to CMO 26-A any documents related to Plaintiff's Underlying Supplements or this Order.

**IT IS SO ORDERED.**

| | |
|---|---|
| **1/13/2021** | *s*/**Edmund A. Sargus, Jr.** |
| **DATE** | **EDMUND A. SARGUS, JR.** |
| | **UNITED STATES DISTRICT JUDGE** |
| | |
| **11/13/2020** | *s*/**Kimberly A. Jolson** |
| **DATE** | **KIMBERLY A. JOLSON** |
| | **UNITED STATES MAGISTRATE JUDGE** |