UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2:18-md-2846<br><br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Kimberly A. Jolson |

**This document relates to:**
*Milanesi v. C.R. Bard*,
Case No. 2:18-cv-01320

## MOTIONS *IN LIMIN*E ORDER NO. 20

### Plaintiffs' Motion *in Limine* ("MIL") No. 14 and Plaintiffs' MIL No. 15

Plaintiffs Antonio Milanesi and Alicia Morz de Milanesi and Defendants C.R. Bard, Inc. and Davol, Inc. filed various motions to exclude evidence in the context of the first bellwether trial, *Johns v. C.R. Bard, et al.*, S.D. Ohio No. 2:18-cv-1509, and have filed in this second bellwether case, *Milanesi*, to preserve the issue for appeal.

(1) **Plaintiffs' MIL No. 14** to Exclude Evidence of the ISO Standards / Guidelines to Support Legal Theories or Establish the Product's Safety and Efficacy.  A duplicate of this motion was filed on this issue in the first bellwether case, *Johns*, which was denied.  (*Johns* MIL Order No. 4, *Johns* ECF No. 355.)  For the same reasons, the Court **DENIES** Plaintiff's Motion *in Limine* No. 14. (ECF No. 209)

(2) **Plaintiffs' MIL No. 15** to Exclude Evidence and Argument Relating to the Hospital's Surgical Consent Forms.  A duplicate of this motion was filed on this issue in *Johns*, which was denied.  (*Johns* MIL Order No. 3, *Johns* ECF No. 332.)  For the same reasons, the Court

**DENIES** Plaintiff's Motion *in Limine* No. 15. (ECF No. 205.)

**IT IS SO ORDERED.**

**12/2/2021**                                      **s/Edmund A. Sargus, Jr.**
**DATE**                                                **EDMUND A. SARGUS, JR.**
                                                              **UNITED STATES DISTRICT JUDGE**