# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2:18-md-2846<br><br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Kimberly A. Jolson |

**This document relates to:**
**ALL ACTIONS.**

## ORDER

On May 27, 2022, Defendants C.R. Bard, Inc. and Davol Inc. filed a Motion for a Docket Control Order (ECF No. 627). The Plaintiffs' Steering Committee shall file any response to the motion by **Friday, June 10, 2022**. Defendants shall file any reply by **Friday, June 17, 2022**.

**IT IS SO ORDERED.**


**6/2/2022**　　　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATE**　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**