## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **IN RE: DAVOL, INC./C.R. BARD, INC.,** | **Case No. 2:18-md-2846** |
| **POLYPROPYLENE HERNIA MESH** | |
| **PRODUCTS LIABILITY LITIGATION** | |
| | **CHIEF JUDGE EDMUND A. SARGUS, JR.** |
| | **Magistrate Judge Kimberly A. Jolson** |
| **This document relates to:** | |
| **KARL, KATHLEEN** | **Civil Action No.  2:20-cv-02100** |

### STIPULATION OF DISMISSAL

COMES NOW Plaintiff, Kathleen Karl, and Defendants, Davol Inc. and C. R. Bard, Inc.,

through their respective counsel of record and, pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii), hereby stipulate and agree that the above-captioned action, Case No. 2:20-cv-

02100, is voluntarily dismissed without prejudice. The parties further agree that the statute of

limitations applicable to the claims asserted by Plaintiff in the present action shall not be tolled

during the pendency of this action or from the time from dismissal until re-filing. Each side will

bear its own costs.

Date: June 20, 2022

Respectfully submitted,

| | |
|---|---|
| */s/ Eric L. Alexander* | */s/ Cristina Hernandez* |
| Eric L. Alexander | Cristina Hernandez |
| REED SMITH LLP | FITTS LAW FIRM, PLLC |
| 1301 K St., NW, Suite 1000 | 4801 Richmond Ave. |
| Washington, D.C. 20005 | Houston, TX 77027 |
| Telephone: (202) 414-9200 | Telephone: (713) 871-1670 |
| E-mail: ealexander@reedsmith.com | E-mail: chernandez@fittslawfirm.com |
| | |
| *Counsel for Defendants Davol, Inc. and* | *Counsel for Plaintiff* |
| *C.R. Bard, Inc.* | |

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2022, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

CM/ECF participants registered to receive service in this MDL.

*/s/ Cristina Hernandez*