UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, IINC./C.R.BARD INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2:18-md-2846<br><br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Kimberly A. Jolson |
| This document relates to:<br>ALL ACTIONS. | |

**CASE MANAGEMENT ORDER NO. 34**
**(Order Appointing Settlement Master)**

Upon the parties' joint agreement, the Court hereby appoints John Jackson as settlement master. The settlement master will facilitate discussions among and between the parties as he deems necessary, appropriate and as directed by the Court, and will provide status reports to the Court on a frequent and timely basis. The settlement master shall have the power and authority to engage in *ex parte* communications with all parties, counsel, and the Court.

8/17/2022  
DATE

s/Edmund A. Sargus, Jr.  
EDMUND A. SARGUS, JR  
UNITED STATES DISTRICT JUDGE