# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2:18-md-2846<br><br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Kimberly A. Jolson |

**This document relates to:**
**ALL ACTIONS.**

## CASE MANAGEMENT ORDER NO. 35

On August 17, 2022, a Case Management Conference was held in this multidistrict litigation. This order memorializes developments in the third and fourth bellwether cases, Case No. 18-cv-1022, *Stinson v. Davol, Inc. et al.* and Case No. 18-cv-1440, *Bryan v. C.R. Bard, Inc. et al.*

Trial in *Stinson* is set to begin on **February 23, 2023**. Trial in *Bryan* is set to begin on **May 15, 2023**. The first week of each trial will consist of 5 days of trial, or Monday through Friday. In the following weeks trial will be held Monday through Thursday, for a total of 4 trial days each week. Excluding voir dire, preliminary and final jury instructions, and opening and closing arguments, each side will be allowed **35 hours** of trial time for the presentation of testimony and any time spent cross-examining the other side's witnesses. Time spent on objections, unless otherwise noted, will not count against either side's time. The parties will submit to the Court proposed agreed trial scheduling orders by **August 31, 2022**.

The PSC shall submit any motion regarding the amendment of the Master Complaint to add Becton Dickinson as a defendant by **September 7, 2022**. Defendants shall respond by **September 21, 2022**. Plaintiffs may submit a reply by **September 28, 2022**.

1

The next in-person Case Management Conference with the participation of defense counsel and the PSC will be held on **October 4, 2022, at 10:00 A.M.**

**IT IS SO ORDERED.**

**8/17/2022**　　　　　　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATE**　　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**