# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

IN RE: DAVOL, INC./ C.R. BARD,
INC. POLYPROPYLENE HERNIA
MESH PRODUCTS LIABILITY
LITIGATION

**NOTICE**

**Case No. 2:18-md-2846**
**JUDGE EDMUND A SARGUS, JR.**
**Magistrate Judge Kimberly A. Jolson**

**This notice relates to: ALL CASES.**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:      United States District Court
              Joseph P. Kinneary U.S. Courthouse    GoToMeeting
              85 Marconi Boulevard             **November 4, 2022 at 11:00 a.m.**
              Columbus, Ohio 43215

TYPE OF PROCEEDING: **CASE MANAGEMENT CONFERENCE via GoToMeeting**
(This conference is for defense counsel and PSC attorneys.)

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**

DATE:   October 4, 2022

    /s /  Christin M. Werner
(By) Christin M. Werner, Deputy Clerk