**UNITED STATES DISTRICT COURT**
**SOUTHERN DIVISION OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No.: 2:18-md-2846<br><br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Kimberly A. Jolson |

This document relates to:
ALL ACTIONS.

### PLAINTIFF'S NOTICE OF THE VIDEOTAPED DEPOSITION DUCES TECUM OF STEVE ELDRIDGE

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of STEVE ELDRIDGE ("deponent").  The deposition shall be taken by stenographic and videographic means before a Notary Public, or other person authorized to take oaths pursuant to Fed. R. Civ. P. 28, at **9:00 am (ET) on Wednesday, November 16, 2022, at the Renaissance Providence Downtown, 5 Avenue of the Arts, Providence, RI 02903**.  The deposition will continue from day-to-day excluding Sundays and court-recognized holidays, until examination is completed.  ***The deponent is further requested to bring to the deposition any documents and/or tangible things described on Exhibit A.***

Dated: October 20, 2022

Respectfully submitted,

*/s/ David J. Butler*
**Plaintiffs' Liaison Counsel**
David J. Butler (0068455)
Taft Stettinius & Hollister LLP
65 East State Street, Suite 1000
Columbus, OH 43215-4213
Tel: (614) 221-2838
Fax: (614) 221-2007
Email: dbutler@taftlaw.com

        Timothy M. O'Brien
*Plaintiffs' Co-Lead Counsel*
Florida Bar No. 055565
Levin, Papantonio, Rafferty,
Proctor, Buchanan, O'Brien,
Barr & Mougey, P.A.
316 South Baylen St., Ste. 600
Pensacola, FL 32502
Tel: (850) 435-7084
Fax: (850) 436-6084
Email: tobrien@levinlaw.com


Kelsey L. Stokes
*Plaintiffs' Co-Lead Counsel*
Texas Bar No. 24083912
**FLEMING, NOLEN & JEZ, L.L.P.**
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056-6109
Tel: (713) 621-7944
Fax: (713) 621-9638
Email: kelsey_stokes@fleming-law.com

**Attorneys for Plaintiffs**

**EXHIBIT A – DUCES TECUM**

Plaintiff requests that the deponent bring to the deposition and allow counsel to inspect and copy the following documents and/or tangible things:

1. The deponent's current curriculum vitae.

2. If, at the time of deposition, the deponent is no longer an employee of the Defendants and/or Becton Dickinson, all materials still in his/her possession relating to any C.R. Bard hernia mesh device.

3. Any and all evaluations or self-evaluations relating to the deponent's job performance with the Defendants and/or Becton Dickinson as it pertains to any C.R. Bard hernia mesh device.

4. If, at the time of deposition, the deponent is no longer an employee of the Defendants and/or Becton Dickinson, all documents reflecting any contracts, agreements, and/or payments made to the deponent by Defendants and/or Becton Dickinson after termination of employment (*e.g.,* termination or severance agreements).

5. Any and all documents in deponent's custodial file that have not previously been produced and which are responsive to the agreed-upon search terms for this litigation and are not subject to a claim of privilege.

Case: 2:18-md-02846-EAS-KAJ Doc #: 670 Filed: 10/25/22 Page: 4 of 4 PAGEID #: 8083

## CERTIFICATE OF SERVICE

      I hereby certify that on October 20, 2022, a true and correct copy of the foregoing was served via email to counsel for Defendants:

Michael K. Brown
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
(213) 457-8000
mkbrown@reedsmith.com

Eric L. Alexander
Matthew D. Jacobson
Jesse J. Ash
REED SMITH, LLP
1301 K Street, NW
Suite 1000 – East Tower
Washington, DC 20005
(202) 414-9200
ealexander@reedsmith.com
mjacobson@reedsmith.com
jash@reedsmith.com

William D. Kloss, Jr.
Henrique A. Geigel
Arryn K. Miner
Vorys Sater Seymour and Pease
52 East Gay Street
Columbus, OH 43215
(614) 464-6202
wdklossjr@vorys.com
hageigel@vorys.com
akminer@vorys.com

Lori G. Cohen
Marcella C. Ducca
Sean P. Jessee
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road, NE, Suite 2500
Atlanta, GA 30305
cohenl@gtlaw.com
duccam@gtlaw.com
jessees@gtlaw.com

                                    */s/ David J. Butler*
                                    *Plaintiffs' Liaison Counsel*