**UNITED STATES DISTRICT COURT**
**SOUTHERN DIVISION OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION** | Case No.: 2:18-md-2846<br><br>**JUDGE EDMUND A. SARGUS, JR.**<br>**Magistrate Judge Kimberly A. Jolson** |

**This document relates to:**
**ALL ACTIONS.**

### AMENDED CERTIFICATE OF SERVICE RE: PLAINTIFF'S NOTICE OF THE VIDEOTAPED DEPOSITION DUCES TECUM OF STEVE ELDRIDGE

I hereby certify that on October 25, 2022, a true and correct copy of the foregoing was served via email to counsel for Defendants:

Michael K. Brown
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
(213) 457-8000
mkbrown@reedsmith.com

Eric L. Alexander
Matthew D. Jacobson
Jesse J. Ash
REED SMITH, LLP
1301 K Street, NW
Suite 1000 – East Tower
Washington, DC 20005
(202) 414-9200
ealexander@reedsmith.com
mjacobson@reedsmith.com
jash@reedsmith.com

William D. Kloss, Jr.
Henrique A. Geigel
Arryn K. Miner
Vorys Sater Seymour and Pease
52 East Gay Street
Columbus, OH 43215
(614) 464-6202
wdklossjr@vorys.com
hageigel@vorys.com
akminer@vorys.com

Lori G. Cohen
Marcella C. Ducca
Sean P. Jessee
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road, NE, Suite 2500
Atlanta, GA 30305
cohenl@gtlaw.com
duccam@gtlaw.com
jessees@gtlaw.com

*/s/ David J. Butler*
*Plaintiffs' Liaison Counsel*