**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**IN RE: DAVOL, INC./ C.R. BARD,**
**INC. POLYPROPYLENE HERNIA**
**MESH PRODUCTS LIABILITY**
**LITIGATION**

**NOTICE**

Case No. 2:18-md-2846
**JUDGE EDMUND A SARGUS, JR.**
**Magistrate Judge Kimberly A. Jolson**

**This notice relates to: ALL CASES.**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:	United States District Court
	Joseph P. Kinneary U.S. Courthouse		GoToMeeting
	85 Marconi Boulevard				**December 2, 2022 at 1:30 p.m.**
	Columbus, Ohio 43215

TYPE OF PROCEEDING: **CASE MANAGEMENT CONFERENCE via GoToMeeting**
(This conference is for defense counsel and PSC attorneys.)

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**

DATE:   October 4, 2022

  /s /   Christin M. Werner
(By) Christin M. Werner, Deputy Clerk