**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2:18-md-2846<br><br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Kimberly A. Jolson |

**This document relates to:
ALL ACTIONS.**

## CASE MANAGEMENT ORDER NO. 39

On November 4, 2022, a Case Management Conference was held in this multidistrict litigation. This order memorializes developments in the third and fourth bellwether cases, Case No. 18-cv-1022, *Stinson v. Davol, Inc. et al.* and Case No. 18-cv-1440, *Bryan v. C.R. Bard, Inc. et al.*

No later than **November 28, 2022**, Plaintiff will either serve upon Defendants Dr. Beatrice's expert report or confirm that Dr. Kessler will be serving as an expert witness in the *Stinson* trial.

The trial schedule in *Stinson* is modified as follows: the first week of trial, the week of February 21, 2023, will consist of four trial days; the second week of trial will consist of five trial days; the third week of trial will consist of four trial days, and the fourth week of trial will consist of up to five trial days.

By **November 11, 2022**, the parties shall submit to the Court a revised proposed scheduling order for the fourth bellwether trial reflecting the date changes and additional language discussed during the Case Management Conference.

The next Case Management Conference with the participation of defense counsel and the PSC will be held via GoToMeeting on **December 2, 2022, at 1:30 P.M.**

    **IT IS SO ORDERED.**

| | |
|---|---|
| **11/9/2022** | **s/Edmund A. Sargus, Jr.** |
| **DATE** | **EDMUND A. SARGUS, JR.** |
| | **UNITED STATES DISTRICT JUDGE** |