UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: DAVOL, INC./C.R. BARD, INC.,
POLYPROPYLENE HERNIA MESH
PRODUCTS LIABILITY LITIGATION

Case No. 2:18-md-2846

JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

This document relates to:
*Stinson v. C.R. Bard, et al.*
Case No. 2:18-cv-01022

## ORDER

The trial scheduled for February 21, 2023, is hereby **VACATED**. The trial will instead be held on **May 15, 2023**. No later than **December 30, 2022**, Plaintiff will either serve upon Defendants Dr. Beatrice's expert report or confirm that Dr. Kessler will be serving as an expert witness in this trial. The parties are to confer and suggest to the Court updated deadlines in light of Plaintiff's ongoing health issues.

**IT IS SO ORDERED.**

11-21-2022
_____
**DATE**

_____
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**