UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: DAVOL, INC./ C.R. BARD,
INC. POLYPROPYLENE HERNIA
MESH PRODUCTS LIABILITY
LITIGATION

**NOTICE**

Case No. 2:18-md-2846
JUDGE EDMUND A SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

**This notice relates to: ALL CASES.**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:  United States District Court
Joseph P. Kinneary U.S. Courthouse      GoToMeeting
85 Marconi Boulevard                    **January 31, 2023 at 10:00 a.m.**
Columbus, Ohio 43215

TYPE OF PROCEEDING: **CASE MANAGEMENT CONFERENCE via GoToMeeting**
(This conference is for defense counsel and PSC attorneys.)

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**

DATE:  January 4, 2023

 /s /   Christin M. Werner
(By) Christin M. Werner, Deputy Clerk