UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2:18-md-2846<br><br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Kimberly A. Jolson |

**This document relates to:**
**ALL ACTIONS.**

## CASE MANAGEMENT ORDER NO. 46

On July 13, 2023, a Case Management Conference was held in this multidistrict litigation. This order memorializes developments in the third and fourth bellwether cases, Case No. 18-cv-1022, *Stinson v. Davol, Inc. et al.* and Case No. 18-cv-1440, *Bryan v. C.R. Bard, Inc. et al.*

For good cause shown, the Court **ADOPTS** the Parties' Stipulation Concerning Scheduling of Certain Case-Specific Developments.

**IT IS SO ORDERED.**

**7/13/2023**         s/Edmund A. Sargus, Jr.
**DATE**              EDMUND A. SARGUS, JR.
                        UNITED STATES DISTRICT JUDGE