UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION

Case No. 2:18-md-2846

JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Stinson v. Davol, Inc., et al.*,
Case No. 2:18-cv-01022

## MOTIONS IN LIMINE OPINION & ORDER NO. 58

Upon consideration of the parties' briefs and their arguments presented, the Court, in accordance with the conclusions made on the record on October 10, 2023, **GRANTED** Plaintiff's Motions *in Limine* ("MIL") Nos. 25 (ECF No. 280) and 30 (ECF No. 285), and **DENIED** Plaintiff's MIL No. 24 (ECF No. 279). The Court, in accordance with the conclusions made on the record on October 16, 2023, **DENIED** Plaintiff's Motion for Reconsideration (ECF No. 315). The Court, in accordance with the conclusions made on the record on October 17, 2023, **DENIED** Defendants' MIL No. 10 (ECF No. 338).

As with all *in limine* decisions, this ruling is subject to modification should the facts or circumstances at trial differ from that which has been presented in the motion and memoranda.

**IT IS SO ORDERED.**

**10/19/2023**
**DATE**

s/Edmund A. Sargus, Jr.
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE