UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2:18-md-2846<br><br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Kimberly A. Jolson |

**This document relates to:**
*Stinson v. Davol, Inc., et al.*,
Case No. 2:18-cv-1022

## MOTIONS IN LIMINE OPINION AND ORDER NO. 60

Upon consideration of the parties' briefs and their arguments presented, the Court, in accordance with the conclusions made on the record during trial, **GRANTED IN PART** and **DENIED IN PART** Defendants' Motion *in Limine* ("MIL") No. 8 (ECF No. 326) and Defendants' MIL No. 9 (ECF No. 330).

On October 5, 2023, Plaintiff filed a Supplement for his MIL Nos. 26 and 32 (ECF No. 307). The Court ruled on Plaintiff's MIL Nos. 26 and 32 in its MIL Order No. 55 the following day (ECF No. 311). Accordingly, Plaintiff's Supplemental Motion is **DENIED AS MOOT**.

**IT IS SO ORDERED.**


**1/4/2024**                                               **s/Edmund A. Sargus, Jr.**
**DATE**                                                  **EDMUND A. SARGUS, JR.**
                                                                    **UNITED STATES DISTRICT JUDGE**