UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: DAVOL, INC./C.R. BARD, INC.,
POLYPROPYLENE HERNIA MESH      Case No. 2:18-md-2846
PRODUCTS LIABILITY LITIGATION

**CHIEF JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Kimberly A. Jolson

This document relates to:          Civil Action No. _____
NATASHA BRADFORD.

## MOTION TO WITHDRAW

1. David Hodges, a Little Rock lawyer, asks to withdraw as attorney for the Plaintiff, Natasha Bradford, in this case, because of the health situation of the attorney. David Hodges, in February 2023, and again in March 2023, had a stroke and is now recovering from that problem and is practicing law to some extent, but further participation in this case is not justified under these circumstances.

2. There is another attorney for the Plaintiff in this case.

3. David Hodges, one of the attorneys for the Plaintiff in this case, will not make a claim for expenses or attorney's fees as a result of his participation in this action.

4. David Hodges, on January 4, 2024, will turn 83 years old and that is an additional ground for the request to withdraw from this case.

Respectfully Submitted,
NATASHA BRADFORD, PLAINTIFF

By: /s/ David A. Hodges
DAVID A. HODGES
Attorney at Law
Simmons Tower Executive Suites
425 West Capitol Ave., Suite 1223
Little Rock, AR 72201
Arkansas Bar No. 65021
Telephone: 501-374-2400
EMail: david@hodgeslaw.com

*and*

Alvin Simes
Attorney at Law
P.O. Box 1248
Forrest City, AR 72336-1248
Telephone: 870-572-6065
Email: alvsim2@att.net