UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2:18-md-2846<br><br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Kimberly A. Jolson |

**This document relates to:**
**ALL ACTIONS.**

## CASE MANAGEMENT ORDER NO. 51-A

### Mediation Scheduling Order

The Court hereby sets the following plan and schedule for mediation as follows:

I. **Schedule**

   a. **In-Person Mediation:** The Attendees listed in section II below shall attend an in-person mediation session at **1 P.M. on Monday, March 25, 2024, and Tuesday, March 26, 2024**. Additional meetings will occur at the discretion of the Mediator.

   b. **Deadline to Notify the Court:** Absent satisfactory resolution of this matter by the parties, or absent agreement of the parties to extend the deadline to allow for continuing discussions, the parties and Mediator shall notify the Court of an *impasse* by **5:00 P.M. on May 24, 2024**.

   c. **Submissions to the Court:** If the parties have reached an *impasse* in their mediation efforts, then the parties shall confer on a joint proposal outlining a plan for moving this litigation forward, which will include suggestions for remand. After conferral, the parties shall submit a joint proposal or each shall submit its own

1

proposal by **June 24, 2024**.  At its discretion, the Court may set a schedule for briefing and/or argument on the proposal(s).

II. **Mediation Attendees**

The Attendees listed below are required to attend the in-person mediation session referenced in paragraph 1.a.  Attendance at the in-person mediation is limited to the Attendees identified below, as well as the Court or Court personnel at the direction of the Court.

a. **Court-Appointed Mediator:** Pursuant to CMO No. 34 (ECF No. 653), the Court-Appointed Mediator is John Jackson.

b. **Plaintiffs' Negotiation Committee:**  Pursuant to CMO 3-A (ECF No. 189), Timothy M. O'Brien, Kelsey L. Stokes, and Michael A. London previously have served and remain as the members of the Plaintiffs' Negotiation Committee.

c. **Defendants' Representatives:**  In addition to counsel selected by Defendants, the Court orders the attendance of at least one person employed by one of Defendants or their parent corporations who has the authority to negotiate on behalf of Defendants.

**IT IS SO ORDERED.**

**2/29/2024**                                                                 s/Edmund A. Sargus, Jr.
**DATE**                                                                            **EDMUND A. SARGUS, JR.**
                                                                                          **UNITED STATES DISTRICT JUDGE**