**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION** | Case No. 2:18-md-2846<br><br>**JUDGE EDMUND A. SARGUS, JR.**<br>**Magistrate Judge Kimberly A. Jolson** |

**This document relates to:**
ALL ACTIONS.

## ORDER

The Court has received *in camera* a motion from plaintiffs represented by Leger, Ketchum & Cohoon, PLLC and Constant Legal Group, LLC.  The Court will not consider a motion of this type unless all interested parties have had an opportunity to review and respond to the motion. Additionally, any party seeking to file a brief under seal must file a motion seeking leave to file that brief under seal.

**IT IS SO ORDERED.**

<u>**5/10/2024**</u>                                              <u>**s/Edmund A. Sargus, Jr.**</u>
**DATE**                                                      **EDMUND A. SARGUS, JR.**
                                                                     **UNITED STATES DISTRICT JUDGE**