**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: DAVOL, INC./C. R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>ALL CASES | Case No.:  2:18-md-2846<br><br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Kimberly A. Jolson |

## JOINT MOTION TO ENTER CASE MANAGEMENT ORDER NO. 52: STAY ORDER

Defendants C. R. Bard, Inc. and Davol Inc. (collectively "Defendants") and the Plaintiffs' Steering Committee ("PSC") pursuant to the authority vested upon it in Case Management Order No. 3 and as the result of mediation pursuant to Case Management Order Nos. 51 and 51-A, which is ongoing and not yet complete, through their undersigned counsel, respectfully move the Court to adopt Case Management Order No. 52: Stay Order, which is a comprehensive order setting forth a limited stay of certain cases in MDL 2846.  A copy of the proposed Order is attached hereto as Exhibit 1.

WHEREFORE, Defendants and the PSC respectfully request that the proposed Case Management Order No. 52: Stay Order be entered.

| | |
|---|---|
| Date: July 5, 2024 | Respectfully submitted, |
| /s/ David J. Butler<br>David J. Butler (0068455)<br>***Plaintiffs' Liaison Counsel***<br>TAFT STETTINIUS & HOLLISTER LLP<br>41 South High Street, Suite 1800<br>Columbus, OH 43215-4213<br>Tel: (614) 221-2838<br>Fax: (614) 221-2007<br>Email: dbutler@taftlaw.com | /s/ Eric L. Alexander<br><br>Eric L. Alexander, Esq.<br>HOLLAND & KNIGHT LLP<br>800 17th Street N.W., Suite 1100<br>Washington, D.C. 20006<br>(202) 469-5640<br>eric.alexander@hklaw.com |

| | |
|---|---|
| Timothy M. O'Brien<br>*Plaintiffs' Co-Lead Counsel*<br>Florida Bar No. 055565<br>LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.<br>316 South Baylen St., Ste. 600<br>Pensacola, FL 32502<br>Tel: (850) 435-7084<br>Fax: (850) 436-6084<br>Email: tobrien@levinlaw.com<br><br>Kelsey L. Stokes<br>*Plaintiffs' Co-Lead Counsel*<br>Texas Bar No. 24083912<br>FLEMING, NOLEN & JEZ, L.L.P.<br>2800 Post Oak Blvd., Suite 6000<br>Houston, TX 77056-6109<br>Tel: (713) 621-7944<br>Fax: (713) 621-9638<br>Email: kelsey_stokes@fleming-law.com<br><br>**Attorneys for Plaintiffs** | Michael K. Brown<br>REED SMITH LLP<br>355 South Grand Avenue, Suite 2900<br>Los Angeles, CA  90071-1514<br>Telephone: (213) 457-8000<br>mkbrown@reedsmith.com<br><br>*Co-Lead Counsel for Defendants Davol Inc. and C. R. Bard, Inc.*<br><br>William D. Kloss, Jr.<br>VORYS SATER SEYMOUR AND PEASE LLP<br>52 East Gay Street<br>Columbus, OH 43215<br>(614) 464-6360<br>wdklossjr@vorys.com<br><br>*Liaison Counsel for Defendants C. R. Bard, Inc. and Davol Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of this electronic filing to all counsel of record.

*/s/Eric L. Alexander*

Eric L. Alexander