**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: DAVOL, INC./C. R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**  **This document relates to:**  **ALL CASES** | Case No.: 2:18-md-2846  **JUDGE EDMUND A. SARGUS, JR.**  Magistrate Judge Kimberly A. Jolson |

### JOINT MOTION TO ENTER CASE MANAGEMENT ORDER NO. 53: DOCKET CONTROL ORDER

Defendants C. R. Bard, Inc. and Davol Inc. (collectively "Defendants") and the Plaintiffs' Steering Committee ("PSC") pursuant to the authority vested upon it in Case Management Order No. 3 and as the result of mediation pursuant to Case Management Order Nos. 51 and 51-A, which is ongoing and not yet complete, through their undersigned counsel, respectfully move this Court to enter Case Management Order No. 53: Docket Control Order, which is a comprehensive Order that provides procedures related to requirements for record preservation and *prima facie* evidence of implant, injury and causation. A copy of the proposed Order is attached hereto as Exhibit 1.

WHEREFORE, Defendants and the PSC respectfully request that the proposed Case Management Order No. 53: Docket Control Order be entered.

| | |
|---|---|
| Date: July 5, 2024 | Respectfully submitted, |
| /s/ David J. Butler  David J. Butler (0068455)  *Plaintiffs' Liaison Counsel*  TAFT STETTINIUS & HOLLISTER LLP  41 South High Street, Suite 1800  Columbus, OH 43215-4213  Tel: (614) 221-2838  Fax: (614) 221-2007  Email: dbutler@taftlaw.com | /s/ Eric L. Alexander  Eric L. Alexander, Esq.  HOLLAND & KNIGHT LLP  800 17th Street N.W., Suite 1100  Washington, D.C. 20006  (202) 469-5640  eric.alexander@hklaw.com |

Timothy M. O'Brien
***Plaintiffs' Co-Lead Counsel***
Florida Bar No. 055565
LEVIN, PAPANTONIO,
PROCTOR, BUCHANAN, O'BRIEN,
BARR & MOUGEY, P.A.
316 South Baylen St., Ste. 600
Pensacola, FL 32502
Tel: (850) 435-7084
Fax: (850) 436-6084
Email: tobrien@levinlaw.com

Kelsey L. Stokes
***Plaintiffs' Co-Lead Counsel***
Texas Bar No. 24083912
FLEMING, NOLEN & JEZ, L.L.P.
2800 Post Oak Blvd., Suite 6000
Houston, TX 77056-6109
Tel: (713) 621-7944
Fax: (713) 621-9638
Email: kelsey_stokes@fleming-law.com

**Attorneys for Plaintiffs**

Michael K. Brown
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone: (213) 457-8000
mkbrown@reedsmith.com

*Co-Lead Counsel for Defendants Davol Inc. and C. R. Bard, Inc.*

William D. Kloss, Jr.
VORYS SATER SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH 43215
(614) 464-6360
wdklossjr@vorys.com

*Liaison Counsel for Defendants C. R. Bard, Inc. and Davol Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 5, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of this electronic filing to all counsel of record.

                                                */s/Eric L. Alexander*
                                                Eric L. Alexander