# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | : MDL DOCKET NO. 2846<br>:<br>:<br>: JUDGE EDMUND A. SARGUS, JR.<br>: Magistrate Judge Kimberly A. Jolson<br>:<br>: |
| This document relates to:<br>JACQUIE EVANS | :<br>: Civil Action No.: 2:20-cv-02774 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff Jacquie Evans and Defendants Davol Inc. and C. R. Bard, Inc., through their undersigned counsel, that Plaintiff's claims against Defendants shall be dismissed with prejudice. Each side will bear its own costs and fees.

Date: August 30, 2024                                                             Respectfully submitted,

_____
Jeff T. Seldomridge, Esq.
The Miller Firm, LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960
Phone: (866) 529-3323
Fax: (540) 672-3055
Email: jseldomridge@millerFirmLLC.com

*Attorney for Plaintiff*

/s/ *Eric L. Alexander*
Eric L. Alexander, Esq.
Holland & Knight LLP
800 17th Street N.W., Suite 1100
Washington, DC 20006
Phone: 202.469.5639
Email: eric.alexander@hklaw.com

Michael K. Brown
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
Phone: (213)457-8000
Email: mkbrown@reedsmith.com

William D. Kloss, Jr.
Arryn K. Miner
Henrique A. Geigel
Vorys Sater Seymour and Pease
52 East Gay Street
Columbus, OH 43215
Phone: (614) 464-6360
wdklossjr@vorys.com
akminer@vorys.com
hageigel@vorys.com

*Attorneys for Defendants Davol Inc. and C. R. Bard, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 30, 2024, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

_____

Attorney for Plaintiff