UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION** | Case No. 2:18-md-2846<br><br>Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Kimberly A. Jolson |

**This document relates to:**
*All Actions.*

## ORDER

This matter is before the Court on attorney Nicholas R. Farnolo's Amended Motion to Resign from the Plaintiffs' Steering Committee. (ECF No. 842.) Attorney Farnolo previously filed a similar Motion to Resign from the Plaintiffs' Steering Committee. (ECF No. 839.) Upon receipt of that Motion, the Court ordered him to file an amended motion clarifying his position as to whether he intended to withdraw from the individual cases where he is listed as attorney of record, or just from the Steering Committee. (ECF No. 841.) Attorney Farnolo clarified his intention to withdraw as attorney in each of the individual cases in his Amended Motion and has begun the process of doing so. (ECF No. 842.)

Accordingly, the Amended Motion to Resign from the Plaintiffs' Steering Committee (ECF No. 842) is **GRANTED** and Attorney Nicholas R. Farnolo is withdrawn from the Plaintiffs' Steering Committee. Attorney Farnolo's first-filed Motion (ECF No. 839) is thus **DENIED as moot**.

IT IS SO ORDERED.

| | |
|---|---|
| **9/16/2024**<br>**DATE** | **s/Edmund A. Sargus, Jr.**<br>**EDMUND A. SARGUS, JR.**<br>**UNITED STATES DISTRICT JUDGE** |