UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Luks et al. v. Davol, Inc. et al., Case No. 2:19-cv-00103*

## ORDER

This matter is before the Court on a motion for remand by Plaintiffs Stephen Luks, Karen Savage, Darren Stevenson, and the Estate of Linda Luks.  (Mot., Case No. 2:18-md-2846, ECF No. 854; Case No. 2:19-cv-00103, ECF No. 27.)  This case is subject to a limited stay during which the parties may not file any motion or seek remand except as provided in Case Management Orders 52 and 53.  (Case No. 2:18-md-2846, ECF Nos. 850, 851.)  As this motion is not permitted during the pendency of the stay, the motion is **DENIED WITHOUT PREJUDICE**.  The Clerk is **DIRECTED** to file this Order on the MDL docket and the *Luks* docket.

    IT IS SO ORDERED.

| | |
|---|---|
| **9/16/2024** | **s/Edmund A. Sargus, Jr.** |
| DATE | EDMUND A. SARGUS, JR. |
| | UNITED STATES DISTRICT JUDGE |