# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION

Case No. 2:18-md-2846

**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Kimberly A. Jolson**

## ORDER

This matter is before the Court on Petitioner Priscilla Ellis's Petition to Join Joint Action Lawsuit. (MDL ECF No. 544.)

In her Petition, Petitioner requests that this Court allow her to join this Multidistrict Litigation. (*Id.*) In August 2022, however, Petitioner successfully filed a Complaint against Defendants. *See Ellis Erkkila v. C.R. Bard, Inc. et al*, No. 2:22-cv-03261 (S.D. Ohio). Petitioner's case remains open and is already part of this Multidistrict Litigation. *See id.*

Accordingly, the Court **DENIES AS MOOT** (MDL ECF No. 544) Petitioner's Petition to Join Joint Action Lawsuit.

**IT IS SO ORDERED.**

1/28/2026
DATE

s/Edmund A. Sargus, Jr.
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE