UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION

Case No. 2:18-md-2846

JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
**ALL CASES**

## CASE MANAGEMENT ORDER NO. 54-A

This Court, having previously entered Case Management Order No. 54 to address the proper manner of dismissal under certain circumstances, hereby amends that Order in the interests of justice and the Parties as follows:

1. Paragraph 3 of Case Management No. 54 includes the following language: "If a case is not refiled in this MDL within one year of a dismissal without prejudice, at Defendants' request and without advance notice, the case may be dismissed with prejudice and judgment entered in favor of Defendants." (ECF No. 862, PageID 9487.)

2. That language is hereby amended and superseded as follows: If a case is not refiled in this MDL within one year of a dismissal without prejudice, the case shall be dismissed with prejudice upon Defendants' filing—on the individual case docket—of a Notice in conformity with Exhibit 1 attached hereto.

3. Case Management Order No. 54 otherwise remains in effect.

**IT IS SO ORDERED.**

**2/19/2026**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**