UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2:18-md-2846<br><br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Kimberly A. Jolson |
| **This document relates to:**<br>[Plaintiff] | Civil Action No.: [Individual Case Number] |

## NOTICE PURSUANT TO CMO 54 and 54-A

On [Date], a joint Stipulation of Dismissal was filed in this case, which operated to dismiss this case without prejudice. As of today, more than one year has passed since the filing of the Stipulation of Dismissal, and Plaintiff has not re-filed in this Court. Therefore, this case shall be dismissed with prejudice pursuant to Case Management Order Nos. 54 and 54-A.

DATED: [Date]

Respectfully submitted,

**[Firm]**

By: /s/ _____

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on _____, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of notice of electronic filing.

                 /s/_____