UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC. / C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2:18-md-2846<br><br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Kimberly A. Jolson |
| **This document relates to:**<br>ALL ACTIONS. | |

## CASE MANAGEMENT ORDER NO 3-B

This Court, having previously entered Case Management Order No. 3-A, appointing members of the Plaintiffs' Steering Committee, which are individual appointments, has received notice that Plaintiffs' Co-Lead Counsel, Kelsey L. Stokes, has changed firms. Accordingly, the Court hereby amends CMO No. 3-A as follows:

1. Paragraph 2.A of Case Management Order No. 3-A is hereby amended and superseded to reflect Ms. Stokes's new firm as follows:

   **A.  Plaintiffs' Co-Lead Counsel:**

   Kelsey L. Stokes
   The Lanier Law Firm
   10940 West Sam Houston Pkwy N, Suite 100
   Houston, Texas 77064
   P: 713-659-5200
   kelsey.stokes@lanierlawfirm.com

2. Case Management Order No. 3-A otherwise remains in effect.

   IT IS SO ORDERED.

**2/23/2026**                                                         s/Edmund A. Sargus, Jr.
**DATE**                                                                  EDMUND A. SARGUS, JR.
                                                                                  UNITED STATES DISTRICT JUDGE